# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 1:23-MJ-00307-1-ADC |
| **JOHN A. CRICUOLO** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act, **IT IS HEREBY ORDERED**, this 26th day of January, 2023, that Richard Bardos is hereby appointed to represent the individual.

/s/
_____

A. David Copperthite
UNITED STATES MAGISTRATE JUDGE